F. E. McCASKILL v. LORENZO McCASKILL ET AL., ADMINISTRATORS.

(Filed 7 December, 1927.)

APPEAL by defendants from *Schenck, J.,* at June Special Term, 1927, of MONTGOMERY.

Civil action brought by Florence E. McCaskill against the administrators of her father's estate to recover on contract or *quantum meruit* for services rendered defendants' intestate over a period of three years immediately prior to his death.

Upon denial of liability and a counterclaim set up for board and lodging of plaintiff's three small children during the time she was at defendants' intestate's home, the jury returned the following verdict:

"1. What amount, if any, is the plaintiff, F. E. McCaskill, entitled to recover of the defendants, J. C. McCaskill *et al.,* administrators of A. B. McCaskill, deceased? A. $1,620.

"2. What amount, if any, are the defendants, J. C. McCaskill *et al.,* administrators of A. B. McCaskill, deceased, entitled to recover of the plaintiff, F. E. McCaskill? Answer: $864."

From a judgment on the verdict in favor of plaintiff for the difference between the amounts set down as answers to the first and second issues, the defendants appeal, assigning errors.

*B. S. Hurley and Brittain, Brittain & Brittain for plaintiff.*
*R. T. Poole and H. F. Seawell & Son for defendants.*

PER CURIAM. The controversy on trial narrowed itself to issues of fact, determinable alone by a jury. No reversible error has been made to appear on any of appellants' exceptive assignments of error. The verdict and judgment, therefore, will not be disturbed.

No error.